UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE NOZISKA, et al., | No. 2:15-CV-2035 KJM EFB |
| Plaintiffs, | |
| v. | **ORDER** |
| DePUY ORTHOPAEDICS INC., | |
| Defendant. | |

The undersigned hereby recuses herself from this action under 28 U.S.C. § 455(a). Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly refer this case to another district judge for any further proceedings that may be appropriate or required. All dates set in the above-entitled action before the undersigned are hereby vacated. The Clerk of the Court shall make appropriate adjustment in the assignment of civil cases to compensate for this reassignment

DATED: February 29, 2016

_____
UNITED STATES DISTRICT JUDGE

1