UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| JOANNE NOZISKA, ET AL., | CIV. NO. 2:15-2035 WBS EFB |
|---|---|
| Plaintiff, | |
| v. | ORDER OF RECUSAL |
| DEPUY ORTHOPAEDICS, INC., | |
| Defendant. | |

----oo0oo----

  Pursuant to 28 U.S.C. § 455(b)(4), the undersigned hereby recuses himself as the judge to whom this case is assigned because the undersigned has a financial interest in Johnson & Johnson, the parent company of defendant DePuy Orthopaedics, Inc.

  IT IS THEREFORE ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings, making appropriate adjustments in the assignments of civil cases to compensate for such reassignment.

Dated:  April 4, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1