GABRIELLE ANDERSON-THOMPSON (SBN 247039)
gathompson@btlaw.com
**BARNES & THORNBURG LLP**
2029 Century Park East, Suite 300
Los Angeles, California  90067
Telephone:    (310) 284-3880
Facsimile:    (310) 284-3894

JOSEPH G. EATON (*Pro Hac Vice*)
joe.eaton@btlaw.com
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN  46204
Telephone:    (317) 231-7705
Facsimile:    (317) 231-7433

Attorneys for Defendant
DEPUY ORTHOPAEDICS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE NOZISKA, ET AL.,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>DePUY ORTHOPAEDICS, INC.,<br><br>　　　　　Defendant(s). | Case No. CV15-02035-TLN-EFB<br><br>**ORDER RE STIPULATED REQUEST TO MODIFY PRE-TRIAL SCHEDULING ORDER**<br><br><br>Complaint Filed:  March 12, 2014 |

TO ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Upon consideration of the Stipulated Request to Modify the Pre-Trial Scheduling Order submitted by Plaintiffs Joanne Noziska and Terry Noziska and Defendant DePuy Orthopaedics, Inc.; upon consideration of all documents, files, and pleadings in this action; and upon good cause shown, it is hereby ORDERED that:

1.　　The Parties' request to modify the Pre-Trial Scheduling Order is GRANTED.

/ / /

2. The Pre-Trial Scheduling Order is hereby modified as follows:

    a. Disclosure and report of Plaintiffs' expert(s)     December 1, 2016

    b. Disclosure and report of Defendant's expert(s)     January 17, 2017

3. All other dates will remain unchanged as provided in this Court's Pre-Trial Scheduling Order (Dkt. 32).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: July 7, 2016

                                          Troy L. Nunley
                                          United States District Judge